```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                       06-CV-3988(JMR/FLN)
```

| | | |
|---|---|---|
| Netratings, Inc. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Digital River, Inc., et al. | ) | |

The Court has been advised by counsel that the above-entitled action has been settled.  Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 30 days.

Dated: September 23, 2008

<u>s/James M. Rosenbaum</u>
James M. Rosenbaum
United States District Judge
